# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>-against-<br><br>CARDINAL COLORPRINT PRINTING COPRORATION and FEDEX CORPORATE SERVICES, INC.,<br><br>        Defendants. | Docket No.: 1:24-cv-03456<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff The Phoenix Insurance Company hereby gives notice that all claims in the above captioned action are voluntarily dismissed, without prejudice against Defendant Cardinal Colorprint Printing Corporation and Defendant Fedex Corporate Services, Inc.

Dated: Chicago, Illinois
   September 18, 2024

   USERY & ASSOCIATES

 _/s/Petra P. Starr_
 By: Petra P. Starr, Esq.
 *Attorneys for Plaintiff—*
 *The Phoenix Insurance Company*
 P.O. Box 2996
 Hartford, CT 06104-2996
 (917) 778-6680
 Pstarr@travelers.com